Sarah Shapero (Bar No. 286748)
Jessica Adair (Bar No. 238364)
SHAPERO LAW FIRM
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:    (415)273-3504
Facsimile:    (415)273-3508

Attorneys for Plaintiffs,
KEN DARKE
NATAÑA DARKE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN DARKE, an individual, NATAÑA DARKE, an individual;<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LOANCARE, LLC, a limited liability company, CLEAR RECON CORP, a stock corporation, and DOES 1-50, inclusive,<br>　　　　　Defendants. | Case No.  3:23-cv-04151-WHA<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO Fed R. Civ. P. 41(a)(1)** |

## **STIPULATION**

1.　Whereas on July 20, 2023, Plaintiffs commenced this action by filing their initial Complaint with Contra Costa County Superior Court.

2.　Whereas on August 15, 2023, Defendant LoanCare, LLC removed the action to this Court. (ECF No. 1.)

3.　Whereas on October 10, 2023, Defendant LoanCare, LLC, Answered the Complaint. (ECF No. 28.)

4.　Whereas Defendant Clear Recon Corp. has not entered an appearance.

5.　Whereas the Parties have settled the matter.

6.　WHEREAS, pursuant to Fed R. Civ. P. 41(a)(1), the Plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared;

7.  WHEREAS, the Voluntary Dismissal will be with prejudice;

8.  NOW THEREFORE, it is hereby stipulated and agreed by and between Plaintiff and Defendant, by and through their respective counsel, that Plaintiff will voluntarily dismiss this entire action against Answering Defendant LoanCare, LLC and Non-Answering Defendant Clear Recon Corp. with prejudice.

**IT IS SO STIPULATED.**

DATED:  November 3, 2023          SHAPERO LAW FIRM

                                  BY: /s/ Sarah Shapero
                                  Sarah Shapero
                                  Jessica Adair
                                  Attorneys for Plaintiffs,
                                  KEN DARKE
                                  NATAÑA DARKE

DATED:  November 3, 2023          HOLLAND & KNIGHT LLP

                                  BY: /s/ Zachary C. Frampton
                                  Zachary C. Frampton
                                  Andrew Klair
                                  Attorneys for Defendant
                                  LOANCARE, LLC

Dated: November 7, 2023

GRANTED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA